UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez  **RE: Andrea Kristal Perez**
Sacramento, California  Docket Number: 2:17CR00230-01
  **PERMISSION TO TRAVEL
  OUTSIDE THE COUNTRY**

Your Honor:

Andrea Kristal Perez is requesting permission to travel to Belize. Ms. Perez began her term of supervision on April 14, 2017. She has paid all financial obligations and is in compliance with all other terms and conditions of supervision. She was recently transferred to a low risk supervision caseload. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 9, 2010, Andrea Kristal Perez was sentenced in the Southern District of Texas for the offenses of 21 USC 846, 841(a)(1) and 841(b)(1)(A) – Conspiracy to Possess With Intent to Distribute More Than 50 Grams of Methamphetamine (a Class A Felony).

**Sentence Imposed:** 112 months in the custody of the Bureau of Prisons; 36 months Supervised Release; $200 Special Assessment; Mandatory UA; No firearms; DNA collection

**Dates and Mode of Travel:** January 12 – January 23, 2018, by Norwegian cruise ship

**Purpose:** Vacation

**RE:    Andrea Kristal Perez
        Docket Number:  2:17CR00230-01
        PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated:   12/22/2017
         Elk Grove, California
         WER/sda

**REVIEWED BY:**       */s/ Brenda Barron-Harrell*
                      **Brenda Barron-Harrell
                      Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

DATED:  12/22/2017          /s/ John A. Mendez
                            UNITED STATES DISTRICT COURT JUDGE